UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COUNTY OF DOUGLAS,<br><br>    Plaintiff,<br><br>    v.<br><br>VICKI JO VEHRS-BIRD,<br><br>    Defendant. | NO. CR-05-0163-RHW<br><br>**ORDER GRANTING REMAND** |

Before the Court is the parties' stipulated Motion to Expedite (Ct. Rec. 3) and Motion for Remand (Ct. Rec. 2). Defendant removed this case to federal court on September 12, 2005, pursuant to 28 U.S.C. §1442. The parties now request this Court to remand the matter to the Douglas County District Court in East Wenatchee, Washington, to permit resolution of the matter. The Court finds that a remand and expedited hearing serve the interests of justice.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' stipulated Motion for Remand (Ct. Rec. 2) is **GRANTED**.

2. The parties' stipulated Motion to Expedite (Ct. Rec. 3) is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and to the above-referenced State court.

**DATED** this 14th day of November 2005.

s/ ROBERT H. WHALEY
Chief United States District Court

Q:\CRIMINAL\2005\Vehrs-Bird\remand.ord.wpd

ORDER GRANTING REMAND * 1